# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160829 & (14)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

STANLEY EARL DANIELS,
　　　　　Defendant-Appellant.

SC:　160829
COA:　350446
Wayne CC:　04-012249-FH

_____/

　　　　On order of the Court, the application for leave to appeal the October 17, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.  The motion to remand is DENIED.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2020


s1021　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk